UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for Debtors**

In Re:
**Kwabena G. Otchere**

Order Filed on July 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-16321

Adv. No.:

Hearing Date: July 5, 2018

Judge: Papalia

## ORDER OF DISCHARGE OF LIEN OF MAIN STREET ACQUISITION CORP. PURSUANT TO 11 U.S.C. 522(f)

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

DATED: July 25, 2018

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Kwabena G. Otchere |
| Case No.: | 18-16321-VFP |
| Caption of Order: | Order of Discharge of Lien of Main Street Acquisition Corp. |

Upon consideration of Debtor's motion to avoid the judgment lien of Main Street Acquisition Corp., and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 522(f), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the lien of the following Judgment heretofore entered against the Debtor, shall be deemed void:

DC-034924-10; DJ-028467-15 entered in the Superior Court of New Jersey in favor of Main Street Acquisition Corp., on January 24, 2011, against Debtor on property located at 185 Tuxedo Parkway, Newark, NJ 07106, and more particularly described as Lot 30, Block 4277 on the official tax map of the City of Newark, County of Essex, State of New Jersey in the amount of $3,623.96; and it is

**FURTHER ORDERED** that Main Street Acquisition Corp. is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Main Street Acquisition Corp. fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Main Street Acquisition Corp. be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.