Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−16321−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kwabena G Otchere
   185 Tuxedo Parkway
   Newark, NJ 07106

Social Security No.:
   xxx−xx−6860

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 13, 2018.

    On 1/2/19 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  February 7, 2019
Time:                08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 2, 2019
JAN: lc

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-16321-VFP
Kwabena G Otchere                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 02, 2019
                              Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.
```
db              +Kwabena G Otchere,    185 Tuxedo Parkway,    Newark, NJ 07106-3304
517425688       +Cliffside Park Imaging & Diagnostic Ctr,    PO Box 1912,    Cliffside Park, NJ 07010-5912
517425689       +Dariusz Nasiek, MD,    PO Box 441,    Oradell, NJ 07649-0441
517425690       +Dr. Musaid A. Kahn,    Jersey Neurosciences, LLC,    550 Newark Avenue, Suite 303,
                  Jersey City, NJ 07306-1348
517425691       +Dr. Solomon Owusu,    Neighborhood Clinic,    559 West Side Avenue,    Jersey City, NJ 07304-1617
517425692       +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
517425693       +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517425695       +Lyons, Doughty & Veldhuis PC,    136 Gaither Drive Ste 100,    P BOX 1269,
                  Mount Laurel, NJ 08054-7269
517568589        Main Street Acquisition Corp.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517425696        Midland Funding LLC,    c/o Pressler and Pressler LLP,    7 Entin Road,
                  Parsippany, NJ 07054-5020
517425698       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517425699       +Prime Case Funding, LLC,    11 Broadway,    New York, NY 10004-1303
517425700       +RAS Citron,    130 Clinton Rd,    Suite 202,    Fairfield, NJ 07004-2927
517425705      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,   Trenton, NJ 08695-0245)
517425701       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517473740       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
517425703       +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517425702       +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517425704       +SportsCare of America, PC,    11 Eagle Rock Ave,    Suite 201,    East Hanover, NJ 07936-3167
517425706       +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
517425707       +University Hospital,    150 Bergen Street,    Newark, NJ 07103-2406
517425708       +University Physician Associates,    220 Davidson Avenue,    Somerset, NJ 08873-4149
517455929       +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2019 01:07:43      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 01:07:40      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517425694        E-mail/Text: cio.bncmail@irs.gov Jan 03 2019 01:07:22      IRS,    Department of the Treasury,
                  Internal Revenue Service,    310 Lowell Street,    Andover, MA 01810-9041
517425697        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2019 01:11:12
                  Portfolio Recovery,    P.O Box 12914,    Norfolk, VA 23541
517425710       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 03 2019 01:07:08
                  Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517425709       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 03 2019 01:07:08
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
517570141       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 03 2019 01:11:30      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517553662*      +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 02, 2019
                              Form ID: 185             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...
               rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Kwabena G Otchere ecf@tannelaw.com,
               tanne.ecf.email@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```