**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**1** Valuation of Security        **0** Assumption of Executory Contract or Unexpired Lease        **5** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **Kwabena G Otchere**

Case No.: **18-16321-VFP**
Judge: **Papalia**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required            Date: **December 26, 2018**
☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **SET**     Initial Debtor: **KGO**     Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

    a. The debtor shall pay $337.00 monthly to the Chapter 13 Trustee for 9 months starting April 2018; the debtor shall pay $340.00 monthly to the Chapter 13 Trustee for 51 months starting January 2019. The total length of Plan is approximately 60 months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection            **X NONE**

    a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| **Scott E. Tanne st2477** | **Attorney Fees** | **2,655.00** |
| **IRS** | **Taxes and certain other debts** | **0.00** |
| **State of New Jersey** | **Taxes and certain other debts** | **0.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Specialized Loan Servicing | 185 Tuxedo Parkway Newark, NJ 07106 | 14,619.54, plus 531.00 added by Court order | 0.00 | 15,150.54 | To Be Paid Pursuant to Note and Mortgage |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **Specialized Loan Servicing (2nd Mortgage)** | **185 Tuxedo Parkway Newark, NJ 07106** | 81,107.30 | 170,000.00 | 220,853.00 | 0.00 | 0.00 | 0.00 |

   2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

   Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

   The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**Santander Consumer USA**
**Prime Funding (debt secured by personal injury case and will be paid through settlement proceeds)**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims    ☐ NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐  Not less than $____ to be distributed *pro rata*

   ☐  Not less than ___ percent

   ☑  *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7:  Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

  a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE
  The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **Lyons, Doughty & Veldhuis PC** | **185 Tuxedo Parkway Newark, NJ 07106** | **Judgment Lien** | **3,623.96** | **170,000.00** | **0.00** | **220,853.00** | **ALL** |
| **Midland Funding LLC** | **185 Tuxedo Parkway Newark, NJ 07106** | **Judgment Lien** | **2,433.36** | **170,000.00** | **0.00** | **220,853.00** | **ALL** |
| **Midland Funding LLC** | **185 Tuxedo Parkway Newark, NJ 07106** | **Judgment Lien** | **1,489.44** | **170,000.00** | **0.00** | **220,853.00** | **ALL** |
| **Midland Funding LLC** | **185 Tuxedo Parkway Newark, NJ 07106** | **Judgment Lien** | **1,759.09** | **170,000.00** | **0.00** | **220,853.00** | **ALL** |
| **Portfolio Recovery** | **185 Tuxedo Parkway Newark, NJ 07106** | **Agreement** | **1,079.00** | **170,000.00** | **0.00** | **220,853.00** | **ALL** |

  b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

  The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Specialized Loan Servicing** | **185 Tuxedo Parkway Newark, NJ 07106** | **81,107.30** | **170,000.00** | **220,853.00** | **0.00** | **ALL** |

  c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

   The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**
   6) **General Unsecured Claims**

d. **Post-Petition Claims**

   The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __April 3, 2018__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **to provide treatment for Prime Funding** | **adding creditor** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

6

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| Date: | **December 26, 2018** | /s/ **Kwabena G Otchere** |
|---|---|---|
| | | **Kwabena G Otchere** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |
| | | |
| Date | **December 26, 2018** | /s/ **Scott E. Tanne** |
| | | **Scott E. Tanne st2477** |
| | | Attorney for the Debtor(s) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-16321-VFP
Kwabena G Otchere                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2          Date Rcvd: Jan 02, 2019
                                Form ID: pdf901          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
```
db             +Kwabena G Otchere,    185 Tuxedo Parkway,     Newark, NJ 07106-3304
517425688      +Cliffside Park Imaging & Diagnostic Ctr,    PO Box 1912,    Cliffside Park, NJ 07010-5912
517425689      +Dariusz Nasiek, MD,    PO Box 441,    Oradell, NJ 07649-0441
517425690      +Dr. Musaid A. Kahn,    Jersey Neurosciences, LLC,    550 Newark Avenue, Suite 303,
                 Jersey City, NJ 07306-1348
517425691      +Dr. Solomon Owusu,    Neighborhood Clinic,    559 West Side Avenue,    Jersey City, NJ 07304-1617
517425692      +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
517425693      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517425695      +Lyons, Doughty & Veldhuis PC,     136 Gaither Drive Ste 100,    P BOX 1269,
                 Mount Laurel, NJ 08054-7269
517568589       Main Street Acquisition Corp.,     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517425696       Midland Funding LLC,    c/o Pressler and Pressler LLP,     7 Entin Road,
                 Parsippany, NJ 07054-5020
517425698      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517425699      +Prime Case Funding, LLC,     11 Broadway,   New York, NY 10004-1303
517425700      +RAS Citron,    130 Clinton Rd,    Suite 202,   Fairfield, NJ 07004-2927
517425705     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
517425701      +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517473740      +Santander Consumer USA, Inc.,     P.O. Box 560284,    Dallas, TX 75356-0284
517425703      +Specialized Loan Servicing/SLS,     8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517425702      +Specialized Loan Servicing/SLS,     Attn: Bankruptcy,   Po Box 636005,    Littleton, CO 80163-6005
517425704      +SportsCare of America, PC,     11 Eagle Rock Ave,    Suite 201,    East Hanover, NJ 07936-3167
517425706      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
517425707      +University Hospital,    150 Bergen Street,    Newark, NJ 07103-2406
517425708      +University Physician Associates,     220 Davidson Avenue,    Somerset, NJ 08873-4149
517455929      +Wells Fargo Bank, N.A. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2019 01:07:43      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 01:07:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517425694       E-mail/Text: cio.bncmail@irs.gov Jan 03 2019 01:07:23      IRS,    Department of the Treasury,
                 Internal Revenue Service,    310 Lowell Street,    Andover, MA 01810-9041
517425697       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2019 01:11:46
                 Portfolio Recovery,    P.O Box 12914,    Norfolk, VA 23541
517425710      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 03 2019 01:07:09
                 Verizon,   Po Box 650584,    Dallas, TX 75265-0584
517425709      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 03 2019 01:07:09
                 Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517570141      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 03 2019 01:11:30      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517553662*     +Wells Fargo Bank, N.A. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                 Page 2 of 2             Date Rcvd: Jan 02, 2019
                               Form ID: pdf901             Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...
               rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Kwabena G Otchere ecf@tannelaw.com,
               tanne.ecf.email@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```