Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−16321−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kwabena G Otchere
   185 Tuxedo Parkway
   Newark, NJ 07106

Social Security No.:
   xxx−xx−6860

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/2/19 at 10:00 AM

to consider and act upon the following:

**54** − Creditor's Certification of Default (related document:39 Motion for Relief from Co−Debtor Stay of Dorothy Osei filed by Creditor Wells Fargo Bank, N.A. as Trustee et al..., Motion for Relief from Stay re: 185 Tuxedo Parkway, Newark, NJ, 07106. Fee Amount $ 181., 42 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Wells Fargo Bank, N.A. as Trustee et al.... Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**55** − Objection to Mortgagee Certification of Default (related document:54 Creditor's Certification of Default (related document:39 Motion for Relief from Co−Debtor Stay of Dorothy Osei filed by Creditor Wells Fargo Bank, N.A. as Trustee et al..., Motion for Relief from Stay re: 185 Tuxedo Parkway, Newark, NJ, 07106. Fee Amount $ 181., 42 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Wells Fargo Bank, N.A. as Trustee et al.... Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Wells Fargo Bank, N.A. as Trustee et al...) filed by Scott E. Tanne on behalf of Kwabena G Otchere. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 4/4/19

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court