UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

In Re:
**Kwabena G. Otchere**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-16321-VFP

Adv. No.:

Hearing Date: June 6, 2019

Judge: PAPALIA

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Kwabena G. Otchere
Case No.: 18-16321-VFP
Caption of Order: Order Approving Settlement

---

Upon consideration of Debtor's motion for an order approving settlement and good cause appearing therefore, it is hereby

**ORDERED** that the settlement of Debtor's personal injury matter be and the same is hereby approved; and it is

**FURTHER ORDERED** that the settlement's proceeds of $85,000.00, shall be remitted as follows: $29,669.54 to attorney Thomas E. Tucker, Esq. for payment of his fees and outstanding medical bills, $28,051.42 directly to debtor, $19,158.68 to Marie Ann Greenberg, Chapter 13 Standing Trustee.