**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtor(s)**

In Re:
**Kwabena G. Otchere**

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-16321-VFP

Adv. No.:

Hearing Date: June 6, 2019

Judge: PAPALIA

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor:              Kwabena G. Otchere
Case No.:            18-16321-VFP
Caption of Order:    Order Approving Settlement

---

Upon consideration of Debtor's motion for an order approving settlement and good cause appearing therefore, it is hereby

**ORDERED** that the settlement of Debtor's personal injury matter be and the same is hereby approved; and it is

**FURTHER ORDERED** that the settlement's proceeds of $85,000.00, shall be remitted as follows: $29,669.54 to attorney Thomas E. Tucker, Esq. for payment of his fees and outstanding medical bills, $28,051.42 directly to debtor, $19,158.68 to Marie Ann Greenberg, Chapter 13 Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Kwabena G Otchere  
       Debtor

Case No. 18-16321-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db            +Kwabena G Otchere,    185 Tuxedo Parkway,    Newark, NJ 07106-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...  
        rsolarz@kmllawgroup.com  
       Scott E. Tanne    on behalf of Debtor Kwabena G Otchere ecf@tannelaw.com,  
        tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 5