| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** <br> Denise Carlon, Esq. <br> KML Law Group, P.C. <br> 216 Haddon Avenue, Suite 406 <br> Westmont, NJ 08108 <br> Main Number: (609) 250-0700 <br> dcarlon@kmllawgroup.com <br> Attorneys for the Secured Creditor <br> Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW | Order Filed on January 2, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: <br> Kwabena G Otchere <br>            Debtor <br><br> Dorothy Osei <br>            Co-debtor | Case No: 18-16321 VFP <br><br> Chapter: 13 <br><br> Hearing Date: ___ <br><br> Judge: Vincent F. Papalia |
| Recommended Local Form:   ☐ Followed   ☐ Modified | |

## ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 2, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of  <u>Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW</u>, under
Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☒ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 30, Block 4277,    185 Tuxedo Parkway , Newark NJ 07106**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that the co-debtor stay is vacated.

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                                                    Case No. 18-16321-VFP
Kwabena G Otchere                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1               Date Rcvd: Jan 02, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db             +Kwabena G Otchere,    185 Tuxedo Parkway,    Newark, NJ 07106-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz     on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee et al...
               rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Kwabena G Otchere ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5